THE STATE OF OHIO, APPELLEE, *v.* MCCLESKEY, APPELLANT.

[Cite as *State v. McCleskey* (1996), 75 Ohio St.3d 606.]

(No. 96–579—Submitted May 7, 1996—Decided June 19, 1996.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *Carley J. Ingram,* Assistant Prosecuting Attorney, for appellee.

*George B. McCleskey, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reason stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.